**EXHIBIT 23**

June 26, 2025

Drew Sanders, Bryan Chandler, Jesse Sadowy
Pure Development, Inc.
1351 Roosevelt Avenue, Suite 100
Indianapolis, IN 46202

**Subject:** Adam Seger Resignation

Dear Drew, Bryan, and Jesse,

I am writing to formally resign from my position as Principal at Pure Development, Inc. ("Pure"), effective June 26, 2025 ("Effective Date").

After careful consideration, I have decided to resign due to significant operational and contractual challenges. These challenges include:

- The lack of meaningful involvement from Co-Founder Drew Sanders, who has not materially contributed or been present in the office since approximately January 2025.
- Co-Founder Chris Seger's transfer of ownership to a blind trust and appointment of a Trustee.
- An incomplete Employment Agreement, partially executed in March 2022. This Employment Agreement referenced an Operating Agreement for Pure Executives which was to be signed contemporaneously. Despite numerous formal requests, this document remains unexecuted by Co-Founder Drew Sanders though the other parties have signed.
- The exclusion of my contractual inclusion in approximately eighteen (18) single-purpose entities (SPEs) established for Pure projects during my tenure, despite significant involvement in each of these projects and entitlement from my partially executed Employment Agreement in 2022, and repeated formal requests for correction.
- Ongoing legal disputes between the Co-Founders, causing operational dysfunction, stalled decision-making, and challenges to secure new business, undermining my ability to perform my role effectively.
- A significant reduction in my compensation, primarily tied to company profit-sharing, compared to prior years, exacerbated by the Co-Founders' disputes.

Given these circumstances, I am resigning for **good cause**. To ensure a smooth transition, I am willing to assist with the closeout of all active Pure projects and SPE's through their completion post-resignation under a mutually agreeable cooperation agreement. Please advise how I can best facilitate this process.

**EXHIBIT 23**

**EXHIBIT 23**

I respectfully request updates to certain SPE entity documents as referenced below.  I have been a significant contributor to each of these projects and updating these entities to recognize my ownership and profit share interests is consistent with the partnership and employment agreements, though proper documentation has yet to occur.

Impacted entities include, but may not be limited to, the following:

1.  Amazon DDT9 – Canton, Michigan.  Document profits interest associated with held escrow funds for Adam & Brian (Canton Ecommerce Property LLC and Pure Canton Ecommerce Property).

2.  AT&T 18th Street and Carmel Midtown Apartments.  Joinder Adam/Brian into Pure PST, LLC

3.  Box Factory.  Joinder Adam/Brian into Pure North Mass One, LLC

4.  Camp Hall 6&7 Land.  Joinder Adam/Brian into Pure Camp Hall, LLC

5.  Carmel Homes.  Joinder Adam/Brian into ownership entity.

6.  Century Apartments.  Joinder Adam/Brian into appropriate entity (PRFP Project Partners LLC?)

7.  Crossroads Building 1&3 and Crossroads 2&4 Land.  Joinder Adam/Brian into Pure Charleston Partners I, LLC

8.  Dayton Land.  Joinder Adam/Brian as appropriate into JV.  Pure Development Capital is 50% of JV (Pure-JEH, LLC)

9.  Dominos Ontario, CA.  Joinder Adam/Brian into Pure Pizza Ontario Member, LLC

10.  Fox Park Entities. Joinder Adam/Brian into Pure's Fox Park entities (Vita Holdings LLC, Vita Fox North GP, LLC, etc.).

11.  Franklin Building 1.  Amend Pure Franklin Partners, LLC Operating Agreement to insert Adam/Brian individually replacing Pure Executives, as the Pure Executives Operating Agreement has not been executed by Drew Sanders and was a deadlock in the trial.

12.  Ingram Land.  Land is owned by North Mass Land Holdings, LLC (Drew, Beau, Antone are Managers).  Joinder Adam/Brian into Pure North Mass One, LLC and potentially North Mass Land Holdings, LLC

**EXHIBIT 23**

**EXHIBIT 23**

13.     Laredo Building 1.  Amend Pure Laredo GP, LLC Operating Agreement to insert Adam/Brian individually replacing Pure Executives, as the Pure Executives Operating Agreement has not been executed by Drew Sanders and was a deadlock in the trial.

14.     Reno Building 3.  Joinder Adam/Brian into Pure Reno Partners 3 OZ, LLC

15.     SEP Office Building.  Joinder Adam/Brian into Pure 161st Street Partners, LLC

16.     1255 Roosevelt.  Amend Operating Agreement for Pure RF OZ, LLC to reflect Adam and Brian's direct investment which should provide Class A ownership interest.

17.     1256 Roosevelt.  Joinder Adam/Brian into Pure North Mass One, LLC

18.     1351 Roosevelt.  Joinder Adam/Brian into Pure Switch OZ, LLC to reflect Adam and Brian's direct investment which should provide Class A ownership interest.

Please acknowledge receipt of this request and confirm agreement to modify the SPE documents by 5:00pm Eastern Time on Wednesday, July 2, 2025.  If not agreed upon, I will be forced to seek all rights and remedies available under the law.

I am grateful for the opportunities and experiences gained during my tenure at Pure and appreciate your attention to this important matter.

Sincerely,

Adam Seger
317-797-1600

**EXHIBIT 23**