**EXHIBIT 31**

**CONFIDENTIAL**
**LOI**
**TRADITIONAL RETROFIT**



September 13, 2024

Adam Seger
Principal - Development
815 East 65th Street #200
Indianapolis, IN 46220

aseger@puredevelopment.com

**VIA EMAIL:**

**RE: The Nest Site, Building 3, McCarran, NV**

Dear Adam,

I am pleased to present on behalf of Tesla, Inc. (NASDAQ: TSLA) the following letter of intent ("LOI") to lease the premises described herein. This LOI is not binding but rather a guideline for accelerating the lease negotiations and execution. The lease will contain the following:

**PROJECT TYPE**:  Traditional Retrofit

**TENANT:** Tesla Motors, Inc.

**LANDLORD**: [INSERT NAME OF LANDLORD ENTITY] a _____LLC or _____corporation [INSERT STATE OF INCORPORATION] *[Note to Draft: This entity must match the entity that executed the NDA]* Include a written description of all parties comprising the ownership entity of the land and building.  If it is owned by a partnership or trust, then please provide the names of the partners or trustees.

**LANDLORD'S ADDRESS POINT OF CONTACT (POC)**:
Name: _____
Address: _____
Email: _____
Phone: _____

**ACQUISITION:**  Lease shall be subject to acquisition contingency and proof of such acquisition. Landlord to provide a list of critical hard dates including all contingency deadline, termination option, and closing date.

Tenant shall have the right to terminate the lease if acquisition is not completed by [INSERT DATE – to be based on dates provided in prior sentence]. In the event of any such termination, Landlord shall reimburse

**EXHIBIT 31**

**EXHIBIT 31**

**CONFIDENTIAL
LOI**

Tenant for all costs incurred by Tenant (including but not limited to all design, construction, and legal fees).

Landlord to provide updated title report and any due diligence material including ALTA survey, inspection reports post-Closing.

**PREMISES:**  The entire building consisting of approximately 735,000 rentable square feet of gross leasable area (based upon measuring from the center of any partition wall and not including any overhands or awnings), together with related parking and exterior improvements, located at **The Nest Site, Building 3, McCarran, NV**, and as shown on the site plan attached hereto as Exhibit A. Landlord shall have no right to reconfigure or relocate the Premises.

**PARKING:**  Tenant shall have the exclusive use of all parking stalls as shown on the attached Exhibit A located on the Premises at no extra charge and shall have the right to fence the Parking, at Tenant's option.

**USE:**  Tenant shall have the right to use the Premises at Tenant's sole discretion for general warehouse, office, industrial and manufacturing, research and development, homologation and validation of all vehicle, solar and energy products, storing, displaying, assembling, shipping, distributing and preparing Tenant products; parking, storage and use (including driving into and through the Building for loading and unloading and parking inside of the Building) of automobiles, trucks, machinery, and trailers, including outdoor loading and unloading; ancillary and related uses for any of the foregoing; and, so long as the named Tenant as of the date of the lease or any affiliate is the tenant, any other use in compliance with legal requirements.

**TERM:** sixty (60) full months commencing on the **Commencement Date** (the "Base Term").

**RENEWAL OPTIONS:**  Tenant shall have the option to extend the Term for three (3) additional terms of five (5) years each with written notice to Landlord given no less than six (6) months prior to the expiration date of the Lease. Base Rent during the first year of each Renewal Option shall be 95% of FMV.

**COMMENCEMENT DATE:**  The latest of: (i) the date Landlord delivers the Premises to Tenant in the Delivery Condition; (ii) the Delivery Date; and (iii) the date Tenant has obtained all necessary permits to complete Tenant's Work provided that Tenant uses due diligence to obtain same.

**FREE BASE RENT and ADD'L RENT PERIOD:** ___ (__) month(s) following Commencement.

**DELIVERY DATE:**  Tenant's requested Delivery Date is December 1, 2025.  Landlord shall provide to Tenant two (2) separate notices of at least ninety (90) days prior written notice of its intent to deliver the premises and one- thirty (30) day notice of its intent to deliver the premises to Tenant.

**BASE RENT:**

| Period of Lease Term After Commencement Date | Base Rent/SF/Year | Monthly Base Rent | Annual Base Rent |
|---|---|---|---|
| | | | |

**EXHIBIT 31**

EXHIBIT 31

| Months 1 – 12 | [*Landlord Please Provide* Asking Rent] | [*Landlord Please Provide* Asking Rent] | [*Landlord Please Provide* Asking Rent] |
|---|---|---|---|

Thereafter, 2.5% annual escalations beginning in month 13.

**MAINTENANCE AND REPAIRS:**

Tenant will self-maintain the non-structural portions of the Premises and perform routine maintenance and repair of the building systems and Parking serving exclusively the Premises provided they are delivered in good working condition on Delivery Date.

Any maintenance, repair, or replacements to the Premises that would otherwise be Tenant's responsibility pursuant to the section above, but which is deemed to be a Capital Expense (defined below) shall be performed by Landlord, and such Capital Expense shall be reimbursed to Landlord by Tenant monthly as Additional Rent amortized over the useful life (or anticipated useful life) of the items being repaired or replaced.  As used herein, "Capital Expense" means any maintenance, repair, or replacement item that (i) would be capitalized under generally accepted accounting (GAAP) principles or IRC guidelines, or (ii) exceeds Fifteen Thousand and 00/100 Dollars ($15,000.00) (regardless of whether such item is treated as a capital cost or a capital expenditure under GAAP or IRC guidelines).

Landlord shall be solely responsible for (i) the structural elements of the building/Premises; (ii) the roof (including the roof membrane); (iii) the floor slab; (iv) replacement of the building systems (i.e. HVAC, mechanical, electrical and plumbing); (v) utilities and utility lines serving the Premises, sub grade or above grade; (vi) parking lot repair and replacement of asphalt /concrete (for the avoidance of doubt, this shall not include parking lot maintenance (i.e. – sweeping, slurry coat, etc.); and (vii) remediation and cleanup of any hazardous materials contamination not caused by Tenant or costs associated with matters running with the land. In no event shall Tenant be required to pay or reimburse Landlord any costs related to the above.

Landlord shall transfer all applicable warranty on the Premises and on any building systems to Tenant for the duration of the lease term.

Landlord shall warrant to Tenant that, as of the Commencement Date, that the Building Systems shall be in good working order and operating condition.  If Tenant notifies Landlord of a non-compliance with the foregoing warranty during the first year of the Term, then Landlord shall promptly after receipt of such notice from Tenant setting forth the nature and extent of such noncompliance, rectify same at Landlord's sole cost and expense.

Tenant shall reimburse Landlord for Tenant's Share of real property taxes and Landlord's property insurance premiums, as additional rent:

- **Landlord's REAL PROPERTY TAXES**: $_____/sf of the Premises/year; $____/month; $____/year. Real property taxes shall exclude any increases in real property taxes that are imposed as a result of a sale, refinance, or transfer of ownership of the Property that occurs during the first five (5) years of the Lease Term.

**EXHIBIT 31**

EXHIBIT 31

CONFIDENTIAL
LOI

- **LL's BUILDING/PROPERTY INSURANCE**: Estimated at $_____/sf of the Premises/year; $____/month; $____/year.
Tenant has no obligation to pay for any Landlord insurance deductibles including any Landlord business interruption or rental insurance premium. Landlord shall represent and warrant that the estimated cost of the Property Insurance for the calendar year 20____ is $_____. For and during each calendar year of the Term after the Initial Property Insurance period, Tenant's Proportionate Share of the Landlord's Property Insurance shall not exceed five percent (5%) for the immediately preceding calendar year.

COMMON AREA MAINTENANCE CHARGES OR MANAGEMENT FEES:  Tenant will not pay any CAM or Mgmt. Fee for a single tenant property where Tenant is self-performing routine maintenance and repairs.

**RIGHT TO AUDIT**:  Tenant will have the right to audit Landlord's Additional Rent with an auditor of its choice *(to be further addressed in the lease).*

**TENANT INSURANCE**: Tenant, at its cost, will maintain the following: ***The following is non-negotiable.***
- **Commercial General Liability Insurance.**  Tenant, at its cost, shall maintain commercial general liability insurance for third party bodily injury or property damage with a combined single limit of One Million Dollars ($1,000,000.00) per occurrence, with a general aggregate of Three Million Dollars ($3,000,000.00), with respect to liability arising out of the operations of the Tenant.  These limits can be met through primary and excess insurance policies or self-insurance.  Landlord (and, if Landlord requests in writing, its mortgagee of the Premises of whom Tenant has written notice) shall be included as additional insured as required by written contract in connection to this Lease.
- **Tenant's Personal Property Insurance.**  Tenant, at its sole cost shall maintain insurance for Tenant's non-structural improvements to the Premises and Tenant's trade fixtures and Tenant's personal property at the Premises to the extent of one hundred percent (100%) of their full replacement value. Tenant will self-assume as a business expense Tenant's Personal Property Insurance requirement herein.
- **Worker's Compensation Insurance.** Tenant, at its sole cost, shall maintain Worker's Compensation insurance as required by the state in which the Premises is located. This requirement may be waived if Tenant is a qualified self-insured where the Premises is located.
- **Employer's Liability.**  Tenant shall maintain Employer's Liability or self-insure with liability limits of One Million Dollars ($1,000,000) bodily injury by accident each accident, One Million Dollars ($1,000,000) bodily injury by disease each employee and One Million dollar ($1,000,000) bodily injury by disease policy limit.
- **Business Automobile Liability.**  Tenant shall, at its sole cost, maintain Business Automobile Liability insurance or self-insure in the amounts required by Legal Requirements with respect to vehicles of Tenant  used in connection with the operation of its business in or about the Premises.
- **Waiver of Subrogation.**  Where permitted by law, all insurances required by Section 9 shall include a waiver of subrogation. This release and waiver shall be null and void if such loss or damage may have been caused by the sole or gross negligence of the other party. If Tenant or Landlord insurance carrier prohibits waiver of subrogation, then Tenant or Landlord release and waiver shall become null and void as each waiver is given in consideration for the other.

EXHIBIT 31

**EXHIBIT 31**

CONFIDENTIAL
LOI

Tenant shall have the right to self-assume as a business expense and/or self-insure for any of the insurance required to be carried by Tenant under this Lease, subject to the following: (i) Tenant remains the tenant named in this Lease or an affiliate of the Tenant, and (ii) Tenant or Tenant's parent or other affiliated entity maintains a tangible net worth of at least $100,000,000.00 determined in accordance with generally accepted accounting principles.

**DELIVERY CONDITION:**  Landlord shall deliver possession of the Premises on or before the Delivery Date with the Premises: (i)  broom clean, free of prior occupants and of all personal property, furniture, furnishings (unless agreed otherwise by Tenant) and debris; (ii) in condition ready for Tenant's work and with all Landlords permits closed as applicable; (iii) free and clear of all hazardous materials; (iv) in a dry, watertight, leak-free and structurally sound condition; (v) in compliance with applicable current laws; and (vi) with the Landlord's Work substantially complete and otherwise in accordance with the requirements and conditions set forth in Exhibit B.

**DELIVERY DEFICIENCY**:  Following notification of the Delivery Date by Landlord, Tenant shall notify Landlord within thirty (30) days after a joint walk-through of the Premises by Landlord and Tenant, of any delivery deficiency. Landlord must remedy any deficiencies immediately. The Commencement Date shall not occur until the Premises complies with the Delivery Condition (day for day push). If Landlord fails to deliver the Premises to Tenant by the Delivery Date, Tenant shall receive a credit against the Rent that first accrues after the Rent Commencement Date in an amount equal to four (4) days of Rent for each day of delay.  If Landlord fails to deliver possession of the Premises to Tenant within sixty (60) days after the Delivery Date, Tenant shall have the right to terminate this Lease.  Landlord to reimburse Tenant for the rent credit up the termination date and for Tenant's costs incurred because of Landlord's late delivery (including but not limited to all design, construction, and legal fees). Landlord shall assign all warranties for the benefit of Tenant and shall provide a one (1) year warranty on building and systems from the substantial completion of the Base Building.

**TENANT IMPROVEMENT ALLOWANCE:**  $_____/sf of the Premises) ("TIA")

TIA shall be disbursed as follows:

(i) 50% of the TIA shall be due and payable within twenty (20) days from the Commencement Date and request from Tenant with a copy of the construction permits (or equivalent) for Tenant's work; (ii) the balance of the TIA shall be due and payable within twenty (20) days of Tenant, or Tenant's general contractor, providing to Landlord a copy of Tenant's general contractor's final waiver and unconditional release of liens.  Tenant shall have the right to offset against Rent if failure to pay after notice to Landlord.

**UTILITIES:**  Tenant shall pay for all separately metered utilities exclusivity servicing Premises including water, sewer, electric and gas. Landlord shall be responsible for the cost to separately metering all utilities.

**GOVERNMENTAL APPROVALS**:  Tenant shall have the right to terminate the lease upon prior written notice to Landlord if, after sixty (60) days from Lease Execution Date, the local authorities through no fault of Tenant, have not issued (a) all local governmental and/or agency approvals, consents and permits necessary or appropriate for the construction of Tenant's improvements, the installation of Tenant's signage, and any and all work necessary or appropriate for the operation of Tenant's business in the Premises, (b) all necessary zoning modifications or waivers for Tenant's use at the Premises, and (c) all

**EXHIBIT 31**

**EXHIBIT 31**

CONFIDENTIAL
LOI

state governmental and/or agency approvals, consents and permits necessary or appropriate for the operation of Tenant's business and use in the Premises.

**MILESTONE DATES:**  Please provide a full development Gantt Chart, based on this timeline the parties shall agree on the appropriate set of Milestones.  Tenant shall have the right to terminate the Lease or take over construction at Landlord's expense in the event that the following milestone dates are not met:

| Milestone | Date |
|---|---|
| Complete the slab/foundation of the building | _____, 20__ |
| Shell building final sign/off | _____, 20__ |
| Completion of construction of the building roof | _____, 20__ |
| Completion of construction of the parking area | _____, 20__ |
| Completion of installation of the building systems | _____, 20__ |

**EXPANSION RIGHT:**  Tenant shall have a right of first refusal on any additional space within the Project or in adjacent properties as it becomes available.

**RIGHT OF FIRST REFUSAL/OFFER:**  In the event Landlord wishes to sell the Property during the Term, Tenant shall have a thirty (30) business day right of first refusal/or right of first offer to match any offer or before Landlord starts marketing the property.

**PROFIT SHARE:** Tenant and Landlord shall split all profits beyond 150bps spread between Rental Constant and Exit cap 50/50.  This shall be further defined in the lease.

**MATERIAL INTERFERENCE:**  If there is a Material Interference (defined below) lasting for more than two (2) consecutive days, (a) Rent will begin abating starting on the third day until the Material Interference has ceased, and (b) if Tenant is prevented from using the Premises through no fault of Tenant for thirty (30) consecutive days or longer for any reason, Tenant will have the right to terminate the Lease by delivering five (5) days prior written notice of the same to Landlord.  "Material Interference" means (i) an interruption or interference of utilities (including without limitation, water, power, telecommunications) caused by the act, omission, or negligence of Landlord or its agents, employees or contractors, (ii) interference with access to the Premises that is not caused by Tenant's negligence, breach of the Lease, or willful act or intentional misconduct of Tenant, (iii) title issues, (iv) Landlord's failure to perform its obligations under the Lease, (v) the acts or omissions of Landlord or its agents, employees or contractors, or (vi) the presence of hazardous materials not caused by Tenant.

**ASSIGNMENT & SUBLETTING:**  No assignment or sublease to a third party without Landlord's reasonable consent. Tenant may without Landlord's consent, assign the Lease or sublet to an affiliate of Tenant (i.e. entity that controls, is controlled by, or is under common control with Tenant including merger, consolidation, or acquisition. If Tenant's assignee has a net worth of at least One Hundred Million and

**EXHIBIT 31**

**EXHIBIT 31**

CONFIDENTIAL
LOI

00/100 Dollars ($100,000,000.00), then Tenant shall be released and discharged from any further liability under the lease.

**SURRENDER:**  Tenant to surrender the premises in a broom clean condition, normal wear and tear, and damages resulting from casualty and condemnation excepted and free of Tenant's personal property and equipment, unless mutually agreed otherwise. Tenant has no obligation to remove the storefront (if applicable) or any approved alterations, unless mutually agreed otherwise.

Tenant or Tenant's agent shall retain ownership of any Superchargers, antenna, solar equipment or in building communication equipment (which shall not become part of the real property) installed in or on the building by or at the direction of Tenant and has the right to remove same at the end of the Term.

**RESTRICTIONS:**  Landlord represents that there are no leases or superior interest for which the Landlord will need to obtain consent, including any lender, or other restrictions that will prohibit or impair Tenant to enter a lease or use the Premises for Tenant's use.  For any existing and future lender, Landlord shall provide an NDA or an SNDA (as applicable) substantially in the form provided by Tenant *(to be further addressed in the lease)*.

**DOCUMENTATION:**  Landlord MUST provide Tenant with the following at LOI signing:
- Site plan of Premises
- Base-building plans in CAD or Revit
- Title Insurance report and exceptions (via accessible links) showing all encumbrances, including CC&Rs if applicable, within 3 months
- Current ALTA survey. Must be less than 3 months old.  Landlord shall also provide an updated ALTA survey after construction is completed.
- Current Environmental Site Assessment reports (Phase I, if recommended, Phase 2, and Asbestos/Lead Base Paint Report) with a reliance letter issue to Tesla. The ESA Phase 1 must be within 6 months prior to Lease execution.  Landlord to remedy all existing hazardous materials prior to the Commencement Date.
- Copies of past soil or geological reports.
- All documents impacting access and rights of the property including rights granted to other occupants of the property, if applicable, and CC&Rs or other rules and regulations. If none, please respond N/A: _____
- Landlord Contact Information:
- Landlord Attorney Information:
    - Name:
    - Phone:
    - Email:
    - Address:

*NOTE: TESLA LEGAL WILL **NOT** START LEASE REVIEW WITHOUT A COPY OF THE TITLE REPORT AND ALTA SURVEY ALONG WITH A FULLY EXECUTED LOI*

**LEASE FORM:**  to be based on the most recent lease between Landlord and Tenant as updated for these deal terms.

**EXHIBIT 31**

**EXHIBIT 31**

**CONFIDENTIALITY:**  All information disclosed by Tenant, including the terms of this LOI, is subject to the Nondisclosure Agreement ("NDA") dated [INSERT DATE] executed by Landlord and Tenant and the Nondisclosure Agreement ("NDA") dated [INSERT DATE] executed by Broker and Tenant.  Landlord will not make any press release or public announcement, including any internet or social media announcement, with respect to this LOI or the transactions contemplated hereby without the prior written consent of Tenant.

**BROKERAGE COMMISSIONS:**  Landlord shall be responsible for all brokerage commissions payable to CBRE Inc. per separate agreement between Landlord and Broker. Brokerage commission is 5% of aggregate Base Rent for years 1-5 and 2.5% for years 6-10.

**NON-BINDING:**  Except for the provisions of confidentiality above, this LOI is nonbinding.  This LOI does not contain all the material terms that would be included in the Lease if the parties elect to negotiate a lease.  Each party agrees that it is proceeding with the proposed lease at its sole cost and expense.  Neither party will be bound until a lease has been fully executed by both parties and received by both parties. **Each party waives any right it has at law or otherwise to claim that this LOI is binding or that it relied on this LOI in incurring any cost or taking any action prior to the lease being fully executed**.

This LOI shall be of no further force and effect if not agreed to and accepted by Landlord on or before midnight (PST) on September 25, 2024.

Sincerely,


Name:   Dan Buhrmann
        Executive Vice President
        CBRE

Date:

cc:      Alex Somerville, CBRE


**EXHIBIT 31**

**EXHIBIT 31**

**CONFIDENTIAL**
**LOI**

Accepted and Agreed:

By:    _____         Date:    _____
     Landlord

By:    _____         Date:    _____
     Tenant

**EXHIBIT 31**

**EXHIBIT 31**

CONFIDENTIAL
LOI

**Exhibit A – Site Plan**

**[Landlord to Provide full site plan and base building specifications / delivery condition]**

**EXHIBIT 31**

**EXHIBIT 31**

CONFIDENTIAL
LOI

**Exhibit B***
**DELIVERY CONDITION**
**LANDLORD'S WORK**
***Subject to Tenant's due diligence survey finding and final review with Tesla Design and Construction Managers***
***A copy of the as-built drawing of the building is required to finalize the LOI***

On or before the Commencement Date, Landlord, at Landlord's sole cost and expense must deliver the Premises in the following conditions:

(i)     broom clean and free of other tenants, any personal property, furniture, furnishings and debris;

(ii)    in ready condition for Tenant's work with all existing open permits relating to the Premises satisfied and/or closed as the case may be, to the extent the same would delay or prohibit Tenant from obtaining the permits necessary for construction of Tenant's Work;

(iii)   free and clear of all hazardous materials;

(iv)    in a dry, watertight, leak-free and structurally sound condition;

(v)     in compliance with all current applicable codes and laws;

(vi)    free of egress/ingress by third parties, unless as agreed to and accepted by Tenant.

(vii)   in accordance with the requirements and conditions of this Exhibit B (the "Delivery Condition").

Landlord shall be responsible at its sole cost and expense for all Landlord's drawings, permits and/or governmental approvals associated with the Delivery Condition. Landlord agrees Landlord shall provide Landlord's construction document and final permitted drawings to Tenant and reasonably cooperate with Tenant's effort to complete Tenant's drawings, permits and/or governmental approval associated with Tenant's improvements.

Landlord agrees to participate in any coordination meetings or drawing reviews requested by the tenant to review construction drawings and provide clarifications as needed to assist with the tenants upfit plans and the possession transition.

**Delivery Condition further defined herein:**
**General Conditions**

**Code Compliance**
The Premises must be in compliance with all current legal and code requirements, including without limitation ADA, California Energy Code, or any similar act including any interpretation or directive of any applicable governing authority for Tenant's Permitted Use.

**Hazardous Substances**
The Premises must be free and clear of all hazardous materials including without limitation any asbestos or asbestos containing materials, and any mold or mold containing materials.

Landlord shall remove and remediate and remove any oil drums, oil lines, inground lifts and related components and equipment, or any other Hazardous Materials present onsite.

**EXHIBIT 31**

**EXHIBIT 31**

**CONFIDENTIAL**
**LOI**

Any Aboveground Storage Tanks (AST) and Underground Storage Tanks (UST) must be "Permanently Closed" as defined by the regulatory agencies unless Tesla requested to keep such tank(s).

Landlord to provide ESA Phase I report dated no more than 4 months prior to execution of the LOI.  If recommended by Phase 1, Landlord must also provide a Phase 2 Report and Asbestos and/or Lead Base Paint reports.  *[**Note to Draft***: Tenant requires ESA Phase I dated no more than 6 months prior to lease execution.]*

**Zoning**
The Premises must be zoned for Tenant's Permitted Use subject to conditions acceptable to Tenant.

**Parking**
Parking must be in compliance with current code requirements, including but not limited to, the number of stalls and ADA compliance. The parking area must be properly lit with all light fixtures in good working order in accordance with proposed use and current codes.

Parking lot to be free of water build up or ponding water. The parking lot must be properly drained with all storm sewer drainage flushed and cleaned out.

Landlord shall allow tenant to construct a masonry trash enclosure on the parking lot if the tenant determines that a trash enclosure is necessary for business needs. Tenant construction of a trash enclosure will be included in tenant's construction drawings and in accordance with City requirements.

**Landscaping**
All landscaping to be in good presentable condition and in compliance with all governing codes.

### Building Systems & Utilities

**Electrical**
The current power in the building is _____V, _____ Phase, _____amp.

**Fire Suppression**
Landlord shall have a licensed fire sprinkler company certify the existing fire sprinkler system, including riser and backflow to confirm the system is in good working order. Vendor list available upon request. Fire sprinkler mains, grid system, and fire sprinkler heads shall meet all local codes based on the condition of the Premises as of the Commencement Date.

**Fire Alarm**
Landlord to provide central fire safety system as required by local fire authority. Landlord to provide the current monitoring company's information.

Current fire monitoring company information:
    Name: _____
    Phone: _____
    Email: _____
    Address: _____

**EXHIBIT 31**

**EXHIBIT 31**

**CONFIDENTIAL**
**LOI**

**Site Fire Protection**

Landlord to verify site is in compliance with fire department access and hydrant requirements, including local Fire Hydrant requirements, required Knox Boxes, Equipment Pits, exterior control valves, and Fire Apparatus Drive Aisles.

**Domestic Water Lines**

Existing water lines shall be in good working condition, free of leaks and rust.

Backflow preventor shall be inspected and certified by LL's licensed contractor. Landlord to provide the last two inspection reports on the backflow preventor.

Exterior water lines and water meter station to be insulated or include freeze protection if required by Code.

**Waste Lines**

Landlord to hydro-jet and video scope all existing drains and main line from the building and out to city connection. A copy of the video must be provided to the tenant within 30 days of execution of this LOI.

Landlord to repair or replace any damage in the line and provide Tenant with video showing entirety of the service line. Landlord's service provider to validate and verify there are no obstructions or sags that would restrict flow.

If a septic system, force main, sewage pump, or lift station system exists, landlord to provide service records and inspection records. Landlord shall deliver any above or below grade wastewater equipment in good working order.

**IT/Data**

Current data/telecom service provider is _____.
Landlord to confirm if there is fiberoptics in the building: Y/N

If there is no existing data/telecom in the building, Landlord shall provide dedicated two 2" conduit for data service to the point of entry/building for Tenant's exclusive use.

**Structural**

**Roof**

Current roof access: _____.

Landlord allows tenant to make roof penetrations for new plumbing and new mechanical work as necessary per tenants approved drawings. Tenant to perform work on roof in accordance with warranty or coordinate with roofing company who issued the warranty.

Landlord shall provide to Tenant structural drawings of the roof.

**Building Shell**

**EXHIBIT 31**

**EXHIBIT 31**

**CONFIDENTIAL
LOI**

The Premises shall be structurally sound in compliance with all current applicable codes. The Premises shall be watertight with all walls to be full height, fire rate construction doors & windows in good condition and fully operational.

## Interior

**Restrooms**

Existing restrooms to be constructed to meet current local code and ADA requirements. All fixtures to be in good operable condition for immediate tenant use, including exhaust fans.

**Walls**

Landlord to deliver the interior surface of the walls free from visible damage, primed, prepped, and painted per Tenant's color specification.

**Office Flooring**

If applicable, Landlord to finish floors per Tenant specifications.

**Lighting**

All existing light shall be in good operating condition in accordance with current local and all applicable energy code requirements.

All emergency lighting and signage to be installed in accordance with local code requirements.

## Exterior

**Exterior Lighting**

All parking lot lights to be in good working order and in compliance with current code and with a minimum lighting of ___ candle foot.

**Landscaping**

All landscaping shall be healthy and in compliance with current codes.  The irrigation system, if any, shall be in good working order, free of leaks.  Landlord shall trim or prune any trees or vegetation touching the building. Tenant shall have no obligation to install an irrigation system. If irrigation exists, landlord shall deliver the irrigation in good working order with service records and maintenance instructions.

**Exterior Paint**

Paint the exterior building per Tenant specification.

**Exterior Walls**

Landlord shall deliver the exterior walls of the building structurally sound, free from damage, watertight, with all joints newly caulked and insulated as required to meet current energy code.

**EXHIBIT 31**