# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

PURE DEVELOPMENT, INC., PURE )
HOLDINGS, INC., AND DREW SANDERS, )
                                    )

        PLAINTIFFS, )

                                    )

v. )    CASE NO. 1:25-cv-01301-SEB-TAB

                                    )

CANOPY 5, LLC, CHRIS SEGER, ADAM )
SEGER, BRIAN PALMER, AND MAGIC TRIC )
I, LLC, )

                                    )

        DEFENDANTS, )

                                    )

## <u>MOTION TO WITHDRAW J. CECELIA SATTERTHWAITE AS COUNSEL</u>

The undersigned hereby respectfully moves the Court to withdraw J. Cecelia Satterthwaite as counsel of record in this matter. In support of the motion, the undersigned states as follows:

1. Counsel of record for all Defendants, J. Cecelia Satterthwaite, is no longer an attorney with the firm of MacGill PC.

2. The undersigned therefore respectfully moves the Court to withdraw J. Cecelia Satterthwaite as counsel of record.

3. All Defendants will continue to be represented by Robert D. MacGill and Matthew T. Ciulla of MacGill PC.

WHEREFORE, the undersigned respectfully requests that the Court withdraw J. Cecelia Satterthwaite as counsel of record.

Dated: August 25, 2025

J. Cecelia Satterthwaite

Robert D. MacGill (9989-49)
Matthew T. Ciulla (34542-71)
MACGILL PC
156 E. Market St.
Suite 1200
Indianapolis, IN 46204
Telephone: (317) 721-1253
Robert.MacGill@MacGillLaw.com
Matthew.Ciulla@MacGillLaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on August 25, 2025 on all counsel of record by virtue of the Court's CM/ECF System.

/s/Matthew T. Ciulla