**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

PURE DEVELOPMENT, INC.,
PURE HOLDINGS, INC.,
and DREW SANDERS,

      Plaintiffs,

    v.

CANOPY 5, LLC, CHRIS SEGER,
ADAM SEGER, BRIAN PALMER,
MAGIC TRIC I, LLC,
MAGIC ATX I, LLC, JENNAB, LLC,
and JENNA BARNETT,

      Defendants.

Case No. 1:25-cv-1301-SEB-TAB

**MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT
AND STRIKE FIRST AMENDED COMPLAINT**

Plaintiffs Pure Development, Inc., Pure Holdings, Inc., and Drew Sanders, respectfully request leave to file the Second Amended Complaint submitted herewith and that the Court strike their September 9, 2025 Amended Complaint [Dkt. 52] from the docket.

Paragraphs 169, 205, and 211 of the September 9, 2025 Amended Complaint inaccurately describe a transaction as having been initiated by one of the defendants. Counsel for the Defendants alerted the undersigned to the issue on September 10, 2025; Plaintiffs confirmed the error shortly thereafter. Plaintiffs wish to correct the matter immediately by having the September 9, 2025 Amended Complaint stricken and by

1

filing a Second Amended Complaint that removes the paragraphs at issue. No other substantive revisions have been made in the tendered Second Amended Complaint.

The undersigned apologize for the error.

WHEREFORE, Plaintiffs respectfully request that the Court strike Docket Number 52 from the docket and that Plaintiffs be granted leave to file the Second Amended Complaint tendered herewith.

Respectfully submitted,

/s/ B. Too Keller
B. Too Keller
Keller Macaluso LLC
760 3rd Avenue SW, Suite 210
Carmel, IN 46032
317-660-3402
too@kellermacaluso.com

Counsel for Pure Holdings, Inc.
and Pure Development, Inc.

/s/ Michael R. Limrick
Andrew W. Hull
Michael R. Limrick
Christopher D. Wagner
Megan M. Riley
Hoover Hull Turner LLP
111 Monument Circle, Suite 4400
Indianapolis, IN 46204
317-822-4400
awhull@hooverhullturner.com
mlimrick@hooverhullturner.com
cwagner@hooverhullturner.com
mriley@hooverhullturner.com

Counsel for Drew Sanders,
Pure Holdings, Inc.,
and Pure Development, Inc.

2