## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

PURE DEVELOPMENT, INC.,
PURE HOLDINGS, INC.,
and DREW SANDERS,

      Plaintiffs,

  v.

CANOPY 5, LLC, CHRIS SEGER,
ADAM SEGER, BRIAN PALMER,
MAGIC TRIC I, LLC,
JENNAB, LLC, and JENNA BARNETT,

      Defendants.

Case No. 1:25-cv-1301-SEB-TAB

## PURE DEVELOPMENT, INC.'S MOTION TO COMPEL DISCOVERY

Pursuant to Federal Rule of Civil Procedure 37(a) and Local Rule 37-1, Pure Development, Inc. moves for an order compelling defendants Canopy 5, LLC, Chris Seger, Adam Seger, and Brian Palmer ("Defendants") to comply with their discovery obligations and this Court's Order of September 10, 2025 [Filing No. 53].

Pure Development, Inc. requests that the Court order Defendants to (1) immediately collect and produce all documents responsive to Pure Development, Inc.'s First Set of Requests for Production, including documents that post-date June 30, 2025; and (2) immediately serve complete, non-evasive answers to Pure Development, Inc.'s First Set of Interrogatories.

1

Pure Development, Inc. further requests that the Court order appropriate sanctions, including but not limited to the payment of costs incurred in bringing this motion, for Defendants' repeated failures to fulfill their discovery obligations and to comply with this Court's September 10 order. The reasons in support of this Motion, including a summary of efforts to resolve this dispute, are set forth separately in the accompanying brief.

WHEREFORE, Pure Development, Inc. respectfully requests that the Court:

i. grant this motion to compel;

ii. require Defendants to immediately collect and produce all documents responsive to Pure Development, Inc.'s First Set of Requests for Production, including those that post-date June 30, 2025;

iii. require Defendants to immediately serve complete, non-evasive answers to Pure Development, Inc.'s First Set of Interrogatories;

iv. order appropriate sanctions for Defendants' repeated failures to fulfill their discovery obligations and to comply with this Court's discovery order of September 10, 2025; and

v. grant Pure Development, Inc. all other just and appropriate relief.

Respectfully submitted,

| | |
|---|---|
| /s/ *B. Too Keller* | /s/ *Michael R. Limrick* |
| B. Too Keller | Andrew W. Hull |
| Keller Macaluso LLC | Michael R. Limrick |
| 760 3rd Avenue SW, Suite 210 | Christopher D. Wagner |
| Carmel, IN 46032 | Megan M. Riley |
| 317-660-3402 | Hoover Hull Turner LLP |
| too@kellermacaluso.com | 111 Monument Circle, Suite 4400 |
| | Indianapolis, IN 46204 |
| *Counsel for Pure Holdings, Inc.* | 317-822-4400 |
| *and Pure Development, Inc.* | awhull@hooverhullturner.com |
| | mlimrick@hooverhullturner.com |
| | cwagner@hooverhullturner.com |
| | mriley@hooverhullturner.com |
| | |
| | *Counsel for Drew Sanders,* |
| | *Pure Holdings, Inc.,* |
| | *and Pure Development, Inc.* |