

December 10, 2025

Re: **Mediation Report** on Chris Seger v. Drew Sanders litigation


Dear Judge Barker and Magistrate Judge Baker:

The parties conducted a global mediation on the following cases on December 1, 2025:

1. **48C06-2411-PL-000156**- *Chris Seger v. Drew Sanders; Pure Holdings, Inc.; Pure Development Capital, Inc.* Currently, pending before the Indiana Court of Appeals  under cause number **25A-PL-01345**.
2. Federal Court case: **1:25-cv-01301-SEB-TAB:** *Pure Development, Inc., et. al. v. Canopy 5, LLC, et. al.*
3. **49D01-2506-PL-030999**: *Chris Seger v. Pure Holdings, Inc.*
4. **49D01-2507-PL-032373**: *Bryan Chandler v. Drew Sanders, Pure Holdings, Inc., Pure Development, Inc.et al.*


Unfortunately, the parties were NOT able to reach a settlement on any of the above cases. The parties are hopeful that there might be continued settlement discussions on some or all of the legal issues in the above cases.


Sincerely yours,

Heather A. Welch
Mediator
*hwelch@jamsadr.com*



FILED

DEC 12 2025

U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

INDIANAPOLIS IN 460

10 DEC 2025 PM 6 L

United States Clerk
Southern District Of Indiana
46 East Ohio St
Indpls In 46204

46204-150399